UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

☐ ORIGINAL

- - - - - - - - - - - - - - - x
                     :

UNITED STATES OF AMERICA   :   <u>INFORMATION</u>   **JUDGE CARTER**

      - v. -         :   18 Cr.

MAQUAN MOORE,         :   **18 CRIM 186**

    Defendant.     :

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **MAR 0 5 2018**

### COUNT ONE

**(Firearms Trafficking)**

    The United States Attorney charges:

    1.   From at least in or about December 2017 up to and including at least in or about February 2018, in the Southern District of New York and elsewhere, MAQUAN MOORE, the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of importing, manufacturing and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate and foreign commerce, to wit, MOORE illegally sold firearms in Manhattan.

    (Title 18, United States Code, Sections 922(a)(1)(A) and 2.)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney